IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RICHLAND BOOKMART, INC., )
d/b/a TOWN AND COUNTRY )
BOOKSTORE; KNOXVILLE )
ADULT VIDEO SUPERSTORE, )
INC.; and GREG TURNER, d/b/a )
RAYMOND'S PLACE, )
        Plaintiffs )
  v. ) No. 3:05-cv-229
    ) (Phillips/Shirley)
KNOX COUNTY, )
        Defendant )

## **O R D E R**

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, the court finds that the Ordinance at issue in this matter is constitutional with the exception of the one defect discussed therein. Accordingly, it is ORDERED that plaintiffs' motion for partial summary judgment [Court File #69] is DENIED, and defendant's motion for summary judgment [Court File #70] is GRANTED, with the exception of the elision of the words "racketeering" and "dealing in controlled substances" from the definition of "specified criminal activity."

**E N T E R :**


    *s/ Thomas W. Phillips*
UNITED STATES DISTRICT JUDGE